UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

THOMAS MARSHALL ROBINSON                            PLAINTIFF

v.                            CIVIL ACTION NO. 4:15-CV-84-JHM

CITY OF BRECKINRIDGE et al.                           DEFENDANTS

### MEMORANDUM OPINION

By Order entered September 29, 2015, the Court ordered Plaintiff to either pay the filing fee or submit a non-prisoner application to proceed without prepayment of fees within 30 days. The Court warned Plaintiff that failure to comply with the Order within the 30-day period would result in dismissal of the action.

More than 30 days have passed, and Plaintiff has failed to comply with the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date: November 19, 2015

                                         Joseph H. McKinley, Jr., Chief Judge
                                         United States District Court

cc:      Plaintiff, *pro se*
4414.009